IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRD MANAGEMENT, INC. and<br>TRILIJI GROUP, LLC d/b/a MAJESTIC<br>I & II fbo BRD MANAGEMENT, INC.,<br>    Plaintiffs<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S<br>LONDON SUBSCRIBING TO POLICY<br>#09SSP4280192001 and DANNY BROWN,<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. WA:13-CV-00381-WSS |

## ORDER DENYING PLAINTIFFS' MOTION TO REMAND

On this day came before the Court Plaintiffs' Motion to Remand. After giving due consideration to same and to Defendant Lloyd's of London Syndicate Number 1919's Response thereto the Court finds the Motion to Remand should in all things be DENIED.

IT IS ORDERED that Plaintiffs' Motion to Remand is hereby in all things DENIED.

Signed this ____ day of January, 2014.

_____
WALTER S. SMITH
UNITED STATES DISTRICT JUDGE

1